THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STONE, Appellant.

Submitted October 26, 2015; decided November 18, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street,

28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.